MELLODY E. HUNTLEY v. SOCIAL SECURITY ADMINISTRATION
Docket # CH-0752-19-0568-I-2
Other Non-PFR Pleading
Summary Page

**Case Title :** MELLODY E. HUNTLEY v. SOCIAL SECURITY ADMINISTRATION

**Docket Number :** CH-0752-19-0568-I-2

**Pleading Title :** Other Non-PFR Pleading

**Filer's Name :** Mellody E. Huntley

**Filer's Pleading Role :** Appellant

**Details about the supporting documentation**

| # | Title/ Description | Mode of Delivery |
|---|---|---|
| 1 | Pension | Uploaded |

# Table of Contents

Pleading Interview .................................................................................................... 3

Uploaded Pleading Text Document ......................................................................... 4

Pension ...................................................................................................................... 5

Certificate of Service ............................................................................................... 11

MELLODY E. HUNTLEY v. SOCIAL SECURITY ADMINISTRATION
Docket # CH-0752-19-0568-I-2
Other Non-PFR Pleading
Online Interview

1. Would you like to enter the text online or upload a file containing the pleading?

See attached pleading text document

2. Does your pleading assert facts that you know from your personal knowledge?

Yes

3. Do you declare, under penalty of perjury, that the facts stated in this pleading are true and correct?

Yes



**Illinois Department of Employment Security**
Appeals - Chicago
33 S State St - 8th Floor
Chicago, IL 60603
Phone: (800) 244-5631 · TTY: (312) 793-3184
www.ides.illinois.gov

MELLODY M. HUNTLEY
155 HIGHPOINT DR # 203/155
ROMEOVILLE, IL 60446-3827

Date Mailed: 11/19/2019
Claimant ID: 3348948
Docket Number: 1931239
Appeal Filed Date: 10/28/2019

### Notice of Continuance

(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631.)

**Claimant**
MELLODY M. HUNTLEY
155 HIGHPOINT DR # 203/155
ROMEOVILLE, IL 60446-3827

**Employer Appellant**
SOCIAL SECURITY ADMINISTRATION C/O THE FRICK CO
c/o EQUIFAX (TALX UCM SERVICES)
PO BOX 283
SAINT LOUIS, MO 63166-0283

Please take notice that the hearing for this appeal under Docket Number 1931239, previously scheduled for 11/18/2019, is continued to:
New Date:     12/03/2019
New Time:     10:30 AM Central Time
Hearing Type:   Telephone
Administrative Law Judge: KATIE NEWSHAM
Administrative Law Judge's Telephone Number: (312) 793-6983
**The issues to be considered at this hearing are:**
- Why was the Claimant separated from employment with the above employer? If discharged, was it for misconduct in connection with the work? If Claimant left voluntarily, was it for good cause attributable to the employer? See 820 ILCS 405/602A and 601A.
**Location:** You will be called at (815) 641-2069 on 12/03/2019 at 10:30 AM central time or within one hour thereafter. Your failure to answer the phone when the Administrative Law Judge calls may result in a finding against you. If you wish to be called at a different number or need to supply witness information, you must contact the appeals office at least 24 hours in advance. **DO NOT CALL THE LOCAL OFFICE.** Please refer to the information below for the toll free number of the Appeals Group and the fax number of the Administrative Law Judge.

This notice is for a Telephone hearing. To request an in person hearing for the same date and time or if you are unable to participate in this hearing, call the Appeals Group at (800) 244-5631 as soon as possible and at least 24 hours prior to the hearing.

Any documents to be entered as exhibits should be faxed or mailed to the Administrative Law Judge as soon as possible. Please refer to the information below for the direct fax number of the Administrative Law Judge or for the mailing address of the Appeals Group. Exhibits must arrive 24 hours in advance of the hearing and must also be sent to the opposing side. Unless provided to the local office prior to the issuance of this notice, exhibits not in the hands of both the Administrative Law Judge and the opposing side prior to the hearing, might not be considered. Include Docket Number on all exhibits.

Our mailing address is:   Appeals - Chicago, 33 S State St - 8th Floor  Chicago, IL 60603
Toll Free Number:       (800) 244-5631
Administrative Law Judge Fax Number:     (312) 338-6898

**TO:** MELLODY M. HUNTLEY, Claimant
**TO:** SOCIAL SECURITY ADMINISTRATION c/o EQUIFAX (TALX UCM SERVICES) , Employer

L20L                    Page 1 of 1            APL020L

Illinois Department of Employment Security
P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631 · TTY: (800) 244-5631
Fax (217) 557-4913
www.ides.illinois.gov

|ıll.ıll....ı.lıl.ıl.ıl.ll...ll.lıl..ı.l.ll...ll.lıl.l...l.ll|
MELLODY M. HUNTLEY
155  HIGHPOINT DR # 203/155
ROMEOVILLE, IL  60446-3827

Date Mailed:    12/17/2019
Claimant ID:    3348948

## Notice of Overpayment and Recoupment Decision

**(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631)**

A determination has adjusted your benefit amount for weeks you have already been paid. The resulting overpayment is shown below. This overpayment will be recouped at 25% of your weekly benefit amount for the next 5 years until the balance is paid in full.

## Overpayment Detail

| Week Ending Date | Overpayment Cause | Overpayment Amount ($) |
|---|---|---|
| 09/28/2019 | Pension Deduction (Retirement) | 471.00 |
| 10/05/2019 | Pension Deduction (Retirement) | 471.00 |
| 10/12/2019 | Pension Deduction (Retirement) | 471.00 |
| 10/19/2019 | Pension Deduction (Retirement) | 471.00 |
| 10/26/2019 | Pension Deduction (Retirement) | 471.00 |
| 11/02/2019 | Pension Deduction (Retirement) | 471.00 |
| 11/09/2019 | Pension Deduction (Retirement) | 471.00 |
| **Total Benefits Overpaid ($)** | | 3297.00 |

Reconsideration and Appeal Rights: If you disagree with this Notice of Overpayment and Recoupment Decision, you may file a request for reconsideration/appeal to the Referee. The request for reconsideration must be filed by mail or fax to the address or fax number listed above within thirty (30) days after the date this notice was given or mailed to you. Any request submitted by mail must bear a postmark date within the applicable time limit for filing. If the last day for filing your request is a day that the office is closed, the request may be filed on the next day the office is open. The request must be filed within the time limits stated.  Benefits may not be withheld from you and applied to your indebtedness until after the time limit for appealing has expired or until the decision from an appeals Referee has been made affirming this determination. If you file an appeal or request for reconsideration, continue to certify for benefits as long as you are unemployed.

Waiver of Recoupment from Benefits: Recoupment from benefits payable to an individual for any week may be waived. The request for waiver must be in writing and submitted to IDES. To locate the office nearest you, visit our website www.ides.illinois.gov. The request for a waiver must identify the week the claimant has requested to be waived in addition to the recoupment decision, or attach a copy of the recoupment decision.

Please contact the Agency at (800) 244-5631 with any questions regarding this notice.

Illinois Department of Employment Security

P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631 · TTY: (800) 244-5631
Fax: (217) 557-4913
www.ides.illinois.gov

I.II.,II....I.I.I..I.II...II.I.I....I.I....II.I....II.I..I.I....I.II

MELLODY M. HUNTLEY
155 HIGHPOINT DR # 203/155
ROMEOVILLE, IL 60446-3827

Date Mailed: 12/17/2019
Claimant ID: 3348948

# Determination

**(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631.)**

The following determination has been made in connection with the claim for unemployment insurance benefits.

Based on all the determinations regarding your claim, you are not eligible for benefits until you meet the eligibility requirements.

Please read each determination carefully.   DOB: 2/12/1968

Issue 004 611A2-Pension - Claimant contributed to retirement fund
Deny Effective 09/15/2019 - 09/28/2019
Did the claimant receive retirement pay which she made contribution? The evidence shows the claimant is receiving a monthly retirement payment of $5000.00 from SOCIAL SECURITY ADMINISTRATION. Since the claimant has received or is receiving retirement pay, part of the cost of which was paid by the employer, the payment is disqualifying and the weekly benefit amount will be reduced by 1166.69 from 09/15/2019 through 09/28/2019 and, for each week thereafter if the employer paid wages during the base period or is the benefit chargeable employer.

**FOR INFORMATION REGARDING YOUR RIGHTS UNDER ILLINOIS' UNEMPLOYMENT INSURANCE ACT AND THE EXACT LANGUAGE OF THE ACT AND IDES RULES, PLEASE VISIT THE AGENCY'S WEBSITE AT www.ides.illinois.gov/UIRights.
FOR INFORMATION ON HOW TO OBTAIN FREE LEGAL SERVICES SEE IMPORTANT NOTICE BELOW.**

If you require further details concerning the information in this letter, please contact the Agency at the phone number listed above.

Please see appeal rights listed below and additional information regarding this determination.

004 611A2-Pension - Claimant contributed to retirement fund - 820 ILCS 405/611A.2 and 56 Ill. Adm. Code 2920.70 provide, among other things, that one-half of an individual's retirement pay is disqualifying income if some, but not all, of the cost of such payment was paid by the employer for which he performed services during his base period or which is liable for benefit charges or payments in lieu of contributions as a result of the payment of benefits to such individual.

If you disagree with this determination, you may complete and submit a request for reconsideration/appeal. A letter will suffice if you do not have an agency form. Your request must be filed with the Illinois Department of Employment Security within thirty (30) calendar days after the date this notice was mailed to you. If the last day for filing your request is a day that the Department is closed, the request may be filed on the next day the Department is open. Please file the request by mail or fax at the address or fax number listed above. Any request submitted by mail must bear a postmark date within the applicable time limit for filing. If additional information or assistance regarding the appeals process is needed, please contact the Agency at the phone number listed above.

If you file or have filed a request for reconsideration/appeal, continue to certify for benefits as long as you remain unemployed or until you are otherwise instructed, even though you will not receive benefits unless the appeal is decided in your favor.

Si no está de acuerdo con esta determinación, puede completar y presentar una solicitud de reconsideración / apelación. La apelación puede ser enviada por correo o fax a la Agencia, en la dirección o número de fax que aparece arriba. La apelación debe ser

**Illinois Department of Employment Security**

P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631 · TTY: (800) 244-5631
www.ides.illinois.gov

MELLODY M. HUNTLEY
155 HIGHPOINT DR # 203/155
ROMEOVILLE, IL 60446-3827

Date Mailed: 12/17/2019
Claimant ID: 3348948

## Benefit Payment Explanation

(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631)

Your payment was withheld for the following reason(s):

- Your deductions are equal to or greater than your weekly benefit amount. See the detail below for individual deduction calculations.

## WEEKS PAID

| Week Ending | Program | Benefit Explanation | WBA | Dependency Allowance | Total Deducts | Recoupment Amount | Child Support | Net Benefits |
|---|---|---|---|---|---|---|---|---|
| 11/16/2019 | UI | Deducts Exceed WBA | $471.00 | $0.00 | $471.00 | $0.00 | $0.00 | $0.00 |
| 11/23/2019 | UI | Deducts Exceed WBA | $471.00 | $0.00 | $471.00 | $0.00 | $0.00 | $0.00 |
| 11/30/2019 | UI | Deducts Exceed WBA | $471.00 | $0.00 | $471.00 | $0.00 | $0.00 | $0.00 |
| 12/07/2019 | UI | Deducts Exceed WBA | $471.00 | $0.00 | $471.00 | $0.00 | $0.00 | $0.00 |

UI = Regular Unemployment   TRA = Trade Readjustment Allowance

| | |
|---|---|
| State Taxes | $0.00 |
| Federal Taxes | $0.00 |
| Payment Amount | $0.00 |

## WEEKLY DETAIL

| Week Ending | Wages Earned($) | Wage Deduct($) | Vacation Pay($) | Holiday Pay($) | Retire Deduct($) | Worker's Comp($) | Unavail Days | Unavail Deduct($) | Total Deducts($) |
|---|---|---|---|---|---|---|---|---|---|
| 11/16/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 471.00 | 0.00 | 0 | 0.00 | 471.00 |
| 11/23/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 471.00 | 0.00 | 0 | 0.00 | 471.00 |
| 11/30/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 471.00 | 0.00 | 0 | 0.00 | 471.00 |
| 12/07/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 471.00 | 0.00 | 0 | 0.00 | 471.00 |

Your Maximum Benefit Amount Balance is $8949.00 and your Benefit Year Ending date is 12/29/2019.
Your Overpayment Balance is $3297.00.
Your Penalty Weeks Balance is 0. This balance expires on N/A.

Important Information:
- Save this information and contact the Agency at the phone number listed above if you have any questions about your payment amount. Reference your Payment ID: .
- In order to receive benefits, you must continue to certify as long as you are unemployed or if you have a pending appeal.
- State agencies are working together to deliver services to unemployed Illinois workers. Access to services for basic needs such as job training, food, clothing and shelter are located at www.ides.illinois.gov/assistance

Illinois Department of Employment Security
Benefit Payment Control: Benefit Repayments
PO Box 4385
Chicago, IL 60680-4385
Phone: (800) 245-9762 · TTY: (800) 526-0844
Fax: (630) 645-3726
www.ides.illinois.gov



MELLODY M. HUNTLEY
155  HIGHPOINT DR # 203/155
ROMEOVILLE, IL  60446-3827

Date Mailed:    12/19/2019
Claimant ID:    3348948

## REPAYMENT AGREEMENT

**Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Colecciones al Reclamante (800-245-9762).**

I, MELLODY M. HUNTLEY, hereby acknowledge that I have been paid $3297.00  in Unemployment Insurance and/or Trade Readjustment Allowance benefits by the Illinois Department of Employment Security for which it was later determined that I was not eligible.  In consideration of the Illinois Department of Employment Security's agreement to refrain from taking any legal action to recover this debt, I agree to make payments of no less than $329.70, beginning on 01/17/2020 and continue to pay this amount each month thereafter on date noted in the transmittal until the debt is paid in full.

In signing this agreement, I understand that it does not prevent the Department of Employment Security from recovering the overpayment from future benefits payable to me.

I understand that upon default of the terms of this agreement, the sums mentioned in this agreement and any other balance remaining shall become immediately due and payable, and the Director is free to use all legal actions for recovery.  I waive any statute of limitation regarding this indebtedness.

I also understand that this Repayment Agreement will become effective when the Department receives my signed agreement and credits the first repayment to my overpayment balance.

I have read and understand the terms and provisions of this agreement.

Date: _____       Signature: _____

**WHEN YOU RESPOND TO THIS NOTICE, PLEASE PLACE ADDITIONAL DOCUMENTS BEHIND THIS BAR-CODED PAGE.**

# PAYMENT TRANSMITTAL

Mail your payment with the transmittal on the bottom portion of this form with your money order or check payable to the DIRECTOR OF EMPLOYMENT SECURITY. Mail it to the address listed on the Transmittal. Write your name and Claimant Identification Number on your payment. To pay by mail with a credit/debit card, enter the payment amount, check the card type, enter your complete card number including the four-digit expiration date (two digits for the month and 2 digits for the year), and sign the transmittal below. To pay by phone, call (877) 820-9155 and have your credit/debit card and transmittal available. The credit card/debit card used must be issued in your name.

Please note if you pay by phone, you will be charged a convenience fee in addition to the amount of your payment. Prior to completing the payment, you will be notified of the fee amount and asked to agree to the fee. The convenience fee can be avoided by completing the coupon below and mailing it to IDES at the address provided.

The amount owed must be repaid. Failure to repay will result in this Department referring your debt to the Comptroller for offset pursuant to Section 900E of the Illinois Unemployment Insurance Act. The Comptroller will deduct and withhold your state income tax refunds, lottery winnings and other monies payable to you by the State of Illinois pursuant to section 10.05 of the State Comptroller Act.0-9090.

------------------------------------------------------------------------------------------------------------------

## Unemployment Insurance Repayment Transmittal

| Minimum Payment | $329.70 | Payment Due Date | 01/17/2020 |
|---|---|---|---|

| Claimant ID Number | Code | Doc |
|---|---|---|
| 3348948 | Overpayment | 027 |

MELLODY M. HUNTLEY
155 HIGHPOINT DR, # 203/155
ROMEOVILLE, IL 60446-3827

If paying by Credit Card, fill out below or pay by phone (877) 820-9155

Card used for Payment (Check one)

| MASTERCARD | DISCOVER | VISA |
|---|---|---|

| Card Number | Expiration Date |
|---|---|
| | Mo.____  ____Yr.____  ____ |

To change your billing address, print your change of address below. Please contact IDES at (800) 244-5631 to change your unemployment insurance claim address.

Signature

Show Amount Paid Here      $           .

_____        _____
Address                              Phone

_____        _____
City                 State    ZIP

Mail To:    IL DEPARTMENT OF EMPLOYMENT SECURITY

Benefits Repayment
28542 NETWORK PL
CHICAGO, IL 60673-1285

MELLODY M. HUNTLEY                                                    12/17/2019

The total overpayment balance owed is $3297.00 which includes this overpayment and all additional outstanding overpayment balances.

To settle the overpayment balance owed:

Please mail your payment with the enclosed transmittal. Make your check or money order payable to the Illinois Department of Employment Security and write your Claimant ID Number on your payment. To pay by mail using a credit card, complete the credit card section of the enclosed payment transmittal. To pay by phone using a credit card, call (877) 820-9155. The credit card used must be issued in your name.

Please note if you pay by phone, you will be charged a convenience fee in addition to the amount of your payment. Prior to completing the payment, you will be notified of the fee amount and asked to agree to the fee. The convenience fee can be avoided by completing the coupon below and mailing it to IDES at the address provided.

If you are unable to pay the entire amount, repay by monthly installments by entering into a repayment agreement. Contact our Benefit Collections Department at (800) 245-9762.

The amount owed must be repaid. Failure to repay will result in this Department referring your debt to the Comptroller for offset pursuant to Section 900E of the Illinois Unemployment Insurance Act. The Comptroller will deduct and withhold your state income tax refunds, lottery winnings and other monies payable to you by the State of Illinois pursuant to section 10.05 of the State Comptroller Act.0-9090.

C05L

---

## Unemployment Insurance Repayment Transmittal

| Total Balance | $3297.00 | Payment Due Date | 01/16/2020 |
|---|---|---|---|

| Claimant ID Number | Code | Doc |
|---|---|---|
| 3348948 | 2 | 005 |

MELLODY M. HUNTLEY
155 HIGHPOINT DR, # 203/155
ROMEOVILLE, IL 60446-3827

If paying by Credit Card, fill out below or pay by phone  (877) 820-9155

Card used for Payment (Check one)

MASTERCARD          DISCOVER          VISA

| Card Number | Expiration Date |
|---|---|
|  | Mo.___  ___Yr.___  ___ |

To change your billing address, print your change of address below. Please contact IDES at (800) 244-5631 to change your unemployment insurance claim address.

Signature

Show Amount Paid Here          $          .

_____          _____
Address                                    Phone

_____          _____  _____
City                             State     ZIP

Mail To:     IL DEPARTMENT OF EMPLOYMENT SECURITY
             Benefit Repayments
             28542 NETWORK PLACE
             CHICAGO, IL 60673-1285

3348948     2

# __Certificate Of Service__

e-Appeal has handled service of the assembled pleading to MSPB and all of the Parties.
Following is the list of the Parties in the case:

| Name & Address | Documents | Method of Service |
|---|---|---|
| MSPB: Office of the Clerk of the Board | Other Non-PFR Pleading | e-Appeal / e-Mail |
| James Hail, Esq.<br>Agency Representative | Other Non-PFR Pleading | e-Appeal / e-Mail |
| Linda M. Januszyk<br>Agency Representative | Other Non-PFR Pleading | e-Appeal / e-Mail |
| Jordan Stein<br>Agency Representative | Other Non-PFR Pleading | e-Appeal / e-Mail |